IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONICA VERCELLINO, JASON VERCELLINO, and NATHAN VERCELLINO, <br><br> Plaintiffs, <br><br> vs. <br><br> CHUBB GROUP OF INSURANCE COMPANIES; CHUBB & SON; FEDERAL INSURANCE COMPANY; GREAT NORTHERN INSURANCE COMPANY; and KATHLEEN ROACH, <br><br> Defendants. | 8:21CV365 <br><br> ORDER FOR DISMISSAL WITHOUT PREJUDICE |

This case is before the Court on Plaintiffs' November 7, 2022, Motion to Dismiss Without Prejudice. Filing 29. Plaintiffs request dismissal of this action, without prejudice, with each party to pay its own costs. No Defendant has opposed the Motion. Accordingly,

IT IS ORDERED that Plaintiffs' November 7, 2022, Motion to Dismiss Without Prejudice, Filing 29, is granted, and this action is dismissed without prejudice, with each party to pay its own costs.

Dated this 12th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1